UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEREK WILLIAMSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:13-0219 |
| ) | JUDGE SHARP |
| HENRY STEWART, Warden, ) | |
| ) | |
| Respondent. ) | |

# ORDER

Pending before the Court is a Motion to Stay Proceedings Pending Exhaustion of Petitioner's Unexhausted Claims (Docket No. 2).

The motion is GRANTED and the Clerk is directed to close this action administratively. Upon application and notification to the Court that the parties are ready to resume proceedings in this Court, the action will be reopened.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE